

ORDERED in the Southern District of Florida on May 14, 2024.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Laurel M. Isicoff, Judge
United States Bankruptcy Court

**In re:**

Hector Roque,                            Case No. 24-11751-LMI
                                                                      Chapter 13

     **Debtor.**

_____/

## ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY [DOC. 13]

THIS CAUSE came before the Court on the Chapter 13 Consent Calendar on May 7, 2024 on the Motion for Relief From Automatic Stay filed by secured creditor, Matrix Financial Services Corporation ("Movant"), on March 21, 2024 [Doc. 13], and the Court having reviewed the record and otherwise being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Movant's Motion for Relief From Automatic Stay is **DENIED**, without prejudice.

Benjamin Ladouceur, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

1