UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Hector Roque                                    Case No.: 24-11751-LMI
                                                          Chapter 13

_____ Debtor(s) _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE
2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☐    No further action is necessary.

2)    The following actions have been taken:

☒    The debtor has filed an objection to the proof of claim filed by #4 Matrix Financial Services Corporation c/o Sokolof Remtulla, PLLC_____.

☐    The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

☐    Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  May 21, 2024_____.

Respectfully Submitted:
*/s/ Jose A. Blanco* | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com