UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Hector Roque                                    Case No.: 24-11751-LMI
                                                          Chapter 13

                Debtor(s)                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Matrix Financial Services Corporation c/o Sokolof Remtulla, PLLC and Notice of Hearing was sent to all parties on the attached service list on May 21, 2024.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806 Hollywood, FL 33027

First Class Mail:

 Debtor(s), Hector Roque,
 17067 NW 56TH CT
 Opa Locka, FL 33055

Sokolof Remtulla, PLLC
c/o Benjamin Ladouceur, Attorney Creditor
7087 Grand National Drive, Suite 102
Orlando FL 32819

Matrix Financial Services Corporation
C/O CORPORATION SERVICE COMPANY,
8825 N 23rd Avenue,Suite 100,
PHOENIX, AZ 85021

Matrix Financial Services Corporation
c/o Harjot Singh – CEO,
2133 West Peoria
Phoenix, AZ 85029


 Respectfully submitted:            **Jose A. Blanco, P.A.**
 May 21, 2024                       By: */s/ Jose A. Blanco* | FBN: 062449
                                    Attorney for Debtor(s)
                                    102 E 49th ST
                                    Hialeah, FL 33013,
                                    Tel. (305) 349-3463
                                    E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)