**Fill in this information to identify the case:**

Debtor 1: Hector Roque

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida (State)

Case number: 24-11751-LMI

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** TH MSR Holdings LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2392

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | March 21, 2024 | (4) $ 199.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: Chapter 13 Plan Review* | March 7, 2024 | (11) $ 300.00 |
| 12. Other. Specify: Draft Proof of Claim | April 8, 2024 | (12) $ 300.00 |
| 13. Other. Specify: Draft Proof of Claim 410 A | April 16, 2024 | (13) $ 300.00 |
| 14. Other. Specify: Draft Motion for Relief | March 12, 2024 | (14) $ 1,050.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

Debtor 1 **Hector Roque**
First Name   Middle Name   Last Name

Case number (*if known*) 24-11751-LMI

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/ Benjamin D. Ladouceur
Signature

Date 09 / 09 / 2024

Print: Benjamin D. Ladouceur
First Name   Middle Name   Last Name

Title: Attorney Creditor

Company: Sokolof Remtulla LLP

Address: 7087 Grand National Drive , Suite 102
Number   Street
Orlando   FL   32819
City   State   ZIP Code

Contact phone (561) 507 – 5252

Email: bladouceur@sokrem.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**

In Re:                                                                    CASE NO.: 24-11751-LMI

Hector Roque                                                       CHAPTER 13

     Debtor.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on September 9, 2024, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

Hector Roque, *Debtor*, 17067 NW 56th CT Opa Locka, FL 33055

Jose A Blanco, Esq., Jose A. Blanco, P.A., *Counsel of Debtor*, 102 E 49th ST
Hialeah, FL 33013 Email : eservice@blancopa.com

Nancy K. Neidich, *Trustee*, POB 279806 Miramar, FL 33027, e-mail: e2c8f01@ch13miami.com

Office of the US Trustee , 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130
Email : USTPRegion21.MM.ECF@usdoj.gov

                                                <u>/s/ Benjamin D. Ladouceur</u>